IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR24 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| WAYNE KELSEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The Court, being fully advised in the premises, finds that the Defendant's oral Motion for release should be granted.

IT IS THEREFORE ORDERED that the Defendant shall be released to attend inpatient treatment at NOVA Therapeutic Community on November 21, 2012, and transported to the treatment facility by a member of the Federal Public Defender's Office. The Court orders that the Defendant be transported to the U.S. Marshal's Office **by 9:00 a.m. on November 21, 2012**, for release to a member of the Federal Public Defender's Office. Further, the Court orders that if the Defendant attempts to leave the treatment program at NOVA Therapeutic Community before completion, the Court shall be notified immediately.

DATED this 20th day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge